1  GEOFFREY HANSEN
   Acting Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LINARES-MARTINEZ

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA,           )   No. CR 11-00420 – EJD
                                         )
13 |            Plaintiff,                )   **STIPULATION TO CONTINUE THE**
   | v.                                   )   **SENTENCING HEARING FROM**
14 |                                      )   **APRIL 23, 2012 TO JUNE 18, 2012; and,**
   | CARLOS LINARES-MARTINEZ,             )   **[PROPOSED] ORDER.**
15 |                                      )
   |            Defendant.                )
16 | _____      )

17                         **STIPULATION**

18        Defendant and the government, through their respective counsel, hereby stipulate,

19 subject to the Court's approval, that the sentencing hearing currently set for April 23, 2012, be

20 continued to June 18, 2012.  The reasons for the stipulation follow.  Defense counsel by

21 facsimile sent the probation report referral to the San Francisco Division of the United States

22 Probation Office.  Defense counsel failed to follow through on the matter to verify that the

23 referral had been received by the United States Probation Office in San Jose.  The San Jose

24 probation office did not receive the referral and has no record that the Probation Office

25 received it.   A presentence report has not been prepared and it is not expected that a report

26 could reasonably be ready by April 23, 2012.  Defense counsel has discussed the continuance

1  with United States Supervising Probation Officer Susan Portillo, and she has indicated that

2  June 18, 2012, is an acceptable date for the sentencing hearing.

3  Dated: April 6, 2012

4  _____/s/_____
   MANUEL U. ARAUJO
   Assistant Federal Public Defender

5  Dated: April 6, 2012

6  _____/s/_____
   ANN MARIE URSINI,
   Special, Assistant United States Attorney

## [PROPOSED] ORDER

WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing date in the above-captioned case is moved from April 23, 2012 to June 18, 2012.

DATED: April 6, 2012,                    _____
                                         HONORABLE EDWARD J. DAVILA,
                                         United States District Court Judge