1  GEOFFREY HANSEN
   Acting Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LINARES-MARTINEZ

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA,      ) No. CR 11-00420 – EJD
                                    )
13 |              Plaintiff,        ) **STIPULATION TO CONTINUE THE**
   | v.                             ) **SENTENCING HEARING FROM**
14 |                                ) **JUNE 18, 2012, TO AUGUST 6, 2012;**
   | CARLOS LINARES-MARTINEZ,       ) **and, [PROPOSED] ORDER.**
15 |                                )
   |              Defendant.        )
16 | _____)

17                         **STIPULATION**

18        Defendant and the government, through their respective counsel, hereby stipulate,

19 subject to the Court's approval, that the sentencing hearing currently set for June 18, 2012, be

20 continued to August 6, 2012.  The reasons for the stipulation follow.   The A-file in this case is

21 voluminous.  In addition, the defense has provided the United States Probation Officer with

22 various investigative reports, and a lengthy letter setting forth its views on the case and the

23 defendant's prior criminal record.  An interview in this case is in the defendant's interest.

24 However, due to scheduling issues and forced cancellation of calendared interview date due to

25 jail visiting room unavailability, the Probation Officer has not had an opportunity to interview

26 Mr. Linares. The parties were rescheduled to conduct the interview on May 29, 2012, but

Stipulation to Continue Sentencing Hearing
CR 11- 00420 – EJD                    1

1  because of a jail lock-down, they were not able to conduct the interview.  Because of the above

2  a preliminary presentence report has not been prepared and it is not expected that a report

3  could reasonably be ready by June 18, 2012.   Defense counsel has discussed the continuance

4  with United States Probation Officer Benjamin Flores, and he has indicated that August 6,

5  2012, is an acceptable date for the sentencing hearing.

6  Dated: May 29, 2012

7  _____/s/_____
   MANUEL U. ARAUJO
   Assistant Federal Public Defender

8  Dated: May 29, 2012

9  _____/s/_____
   CAROLYNE A. SANIN,
   Special, Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing date in the above-captioned case is moved from June 18, 2012 to August 6, 2012. at 1:30 PM

DATED: __May 30, 2012__

_____
HONORABLE EDWARD J. DAVILA,
United States District Court Judge

Stipulation to Continue Sentencing Hearing
CR 11- 00420 – EJD                2