1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CARLOS LINARES-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00420 EJD |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING SENTENCING |
| ) | HEARING DATE |
| vs. ) | |
| ) | |
| CARLOS LINARES-MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | **Honorable Edward J. Davila** |

Defendant Carlos Linares-Martinez, by and through Assistant Federal Public Defender Manuel U. Araujo, and the United States, by and through Special Assistant United States Attorney Ann Marie Ursini, hereby stipulate that, with the Court's approval, the sentencing hearing currently set for Monday, August 6, 2012, at 1:30 p.m., shall be continued to Monday, September 24, 2012 at 1:30 p.m.

The request to continue the sentencing hearing date is made on behalf of Mr. Linares-Martinez's counsel who is currently out of the office on medical leave and is not expected to

1  return to the office until September 2012.  Defense Counsel has contacted Probation Officer

2  Benjamin Flores regarding the continuance and he has no objection to the new sentencing date.

4  Dated: July 30, 2012

                                              /s/
                                              MANUEL U. ARAUJO
                                              Assistant Federal Public Defender

                                              MELINDA HAAG
                                              United States Attorney

8  Dated: July 30, 2012

                                              /s/
                                              ANN MARIE URSINI
                                              Special Assistant United States Attorney

## [PROPOSED] ORDER

14  Good cause appearing, and by stipulation of the parties in the above-captioned matter,

15  IT IS HEREBY ORDERED that the sentencing hearing currently set for Monday, August 6, 2012,

16  shall be continued to Monday, September 24, 2012, at 1:30 p.m.

18  Dated: July __31__, 2012

                                              HONORABLE EDWARD J. DAVILA
                                              United States District Judge